**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6281**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

PARVIZ LAVI, a/k/a Peter, a/k/a Pierre,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:98-cr-00060-RBS-FBS-1)

Submitted:  September 9, 2022                    Decided:  October 11, 2022

Before THACKER and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Parviz Lavi, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Parviz Lavi appeals the district court's order dismissing his motion for expungement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lavi*, No. 2:98-cr-00060-RBS-FBS-1 (E.D. Va. Feb. 22, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
